

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2020

No. 04-20-00092-CV

Mitchell **PATTERSON,**
Appellant

v.

Gloria A. **PATTERSON,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10579
Honorable Laura Salinas, Judge Presiding

## O R D E R

On February 11, 2010, a copy of appellant's notice of appeal was filed in this court. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a). The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

Additionally, the clerk's record was due on April 6, 2020. In accordance with rule 35.3 of the Texas Rules of Appellate Procedure, the trial court clerk is responsible for filing the clerk's record so long as appellant has paid the clerk's fee for the preparation of the clerk's record, made arrangements with the clerk to pay the fee, or is entitled to appeal without paying the fee. TEX. R. APP. P. 35.3(a). On April 7, 2020, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore **ORDERED** that appellant file an amended notice of appeal in compliance with section 51.017(a) **by April 20, 2020**. It is further **ORDERED** that appellant provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee

**by April 20, 2020**. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____

Beth Watkins, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2020.

_____

MICHAEL A. CRUZ,
Clerk of Court